IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| GRACE MANUFACTURING, INC., an Arkansas corporation, | * * * |
| Plaintiff, | * |
| vs. | *   No. 4:09cv00247 SWW |
| | * * |
| WALGREEN CO. an Illinois corporation and REVLON, INC., a New York corporation, | * * * * |
| Defendants. | * |

## ORDER

The motion [doc.#22] of defendants Walgreen Co. and Revlon, Inc. for admission *pro hac vice* of attorney Marcus A. Colucci of Kramer, Levin, Naftalis & Frankel, LLP, to represent them and appear and participate on their behalf in this action, is hereby granted.

IT IS SO ORDERED this 13th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE